DENNIS R. INGOLS, ESQ., CSB#236458
LAW OFFICE OF DENNIS R. INGOLS
111 North Market Street, Suite #300
San José, California 95113
T: 408-601-0126
dennis@ingolslaw.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS LOPEZ VAZQUEZ,<br><br>                       Plaintiff,<br><br>  vs.<br><br>COUNTY OF HOOD RIVER, et al.,<br><br>                     Defendants. | Case No.  2:22-CV-00385-JAM-AC<br><br>STIPULATION FOR DISMISSAL, LEAVE TO AMEND COMPLAINT |

**STIPULATION**

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel, dismissal, with prejudice, of the following Defendants:

1. City of Hood River, Oregon;

2. County of Hood River, Oregon;

3. Sal Rivera;

4. Eric Foster;

5. Rich Miller;

1

Stipulation for Dismissal, Leave to Amend Complaint
Lopez Vazquez v. County of Hood River, et al.,
2:22-CV-00385-JAM-AC

6. Carrie Rasmussen.

Pursuant to Fed. R. Civ. Pro. Rule 41(B) and the stipulation of the parties, this dismissal is with prejudice but without an award of cost and/or attorney fees for any party.

It is further stipulated that Plaintiff be granted leave to file the First Amended Complaint, as set forth in Exhibit A hereto.

Dated: February 14, 2023

**LAW OFFICE OF DENNIS R. INGOLS**

_____/S/ Dennis R. Ingols_____
DENNIS R. INGOLS
Attorney for Plaintiff

**RIVERA HEWITT PAUL LLP**

____/s/ Jonathan B. Paul_____
(As authorized on January 31, 2023)
JONATHAN B. PAUL
Attorney for Defendant
County of Sacramento

**HELTZEL WILLIAMS PC**

_/s/ Andrew D. Campbell_____
(As authorized on January 22, 2023)
ANDREW D. CALDWELL

Attorney for Defendants
County of Hood River, City of Hood River, Sal Rivera, Eric Foster, and Rich Miller

2

Stipulation for Dismissal, Leave to Amend Complaint
Lopez Vazquez v. County of Hood River, et al.,
2:22-CV-00385-JAM-AC

**ORDER**

PURSUANT TO STIPULATION, the following Defendants are dismissed from this action, with prejudice but without an award of cost and/or attorney fees for any party.

- City of Hood River, Oregon;
- County of Hood River, Oregon;
- Sal Rivera;
- Eric Foster;
- Rich Miller;
- Carrie Rasmussen.

Furthermore, Plaintiff is granted leave to file the First Amended Complaint, as submitted herewith. Plaintiff shall file the First Amended Complaint as a separate entry on the docket forthwith.

SO ORDERED.

Dated: February 14, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

Stipulation for Dismissal, Leave to Amend Complaint
Lopez Vazquez v. County of Hood River, et al.,
2:22-CV-00385-JAM-AC