Jonathan B. Paul (SBN 335242)
**RIVERA HEWITT PAUL LLP**
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
T: (916) 922-1200
F: (916) 922-1303
E: jpaul@rhplawyers.com

Attorneys for Defendants,
COUNTY OF SACRAMENTO,
MARTIN GARCIA, and JORDAN MILLER

Dennis R. Ingols, ESQ., CSB#236458
**LAW OFFICE OF DENNIS R. INGOLS**
111 North Market Street, Suite #300
San José, California 95113
T: (408) 601-0126
E: dennis@ingolslaw.com

Attorney for Plaintiff
JESUS LOPEZ VAZQUEZ

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS LOPEZ VAZQUEZ,<br><br>  Plaintiff,<br><br>v.<br><br>COUNTY OF HOOD RIVER, CITY OF HOOD RIVER, COUNTY OF SACRAMENTO, CARRIE RASMUSSEN, SAL RIVERA, ERIC FOSTER, RICH MILLER, DOES 1 through 30, inclusive,<br><br>  Defendants. | Case No. 2:22-cv-00385-JAM-AC<br><br>**STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER DEADLINES (ECF. 11)** |

COME NOW THE PARTIES by and through their respective attorneys and subject to the approval of this Court, to hereby stipulate and respectfully request the following modifications and/or amendments to this Court's Pretrial Scheduling Order filed July 27, 2022 (ECF No. 11) regarding the scheduling of this case:

| | **Current Dates:** | **Proposed New Dates:** |
|---|---|---|
| **Expert Witness Disclosure** | 06/02/2023 | December 1, 2023 |
| **Supplemental Disclosure/ Rebuttal Experts** | 07/07/2023 | January 5, 2024 |
| **Discovery Deadline** | 08/04/2023 | February 2, 2024 |
| **Dispositive Motion Filing Deadline** | 11/03/2023 | May 3, 2024 |

| **Dispositive Motion Hearing** | 01/09/2024 at 1:30 p.m. | July 9, 2024 at 1:30 p.m. |
|---|---|---|
| **Joint Final Pretrial Conference** | 02/16/2024 at 10:00 a.m. | Sept 6, 2024 at 10:00 a.m. |
| **Jury Trial** | 04/01/2024 at 9:00 a.m. | Oct 21, 2024 at 9:00 a.m. |

## **STIPULATION**

The parties request the foregoing schedule modifications for the following reasons which the parties believe cumulatively constitute good cause.

WHEREAS, the Court issued a Pretrial Scheduling Order, filed July 27, 2022 (ECF No. 11) establishing the aforementioned case deadlines.

WHEREAS, the Plaintiff dismissed the City of Hood River and County of Hood River Defendants on February 14, 2023, following discovery into the claims against those defendants.

WHEREAS, the Plaintiff filed his First Amended Complaint on March 27, 2023, naming as defendants Martin Garcia and Jordan Miller.

WHEREAS, Defendants Garcia and Miller answered the First Amended Complaint on May 25, 2023.

WHEREAS, the parties have agreed amongst themselves that given the addition of the two newly added defendants, they require an additional six months of time to conduct discovery both on behalf of and into the newly added defendants.

WHEREAS, the current Scheduling Order does not afford enough time to complete discovery of and on behalf of the newly added defendants.

The parties agree that good cause exists to extend the discovery deadline by 180 days and to modify all remaining deadlines in the Court's Scheduling Order, dated July 27, 2022, (ECF. No. 11), pursuant to the District Court's availability as set forth above.

DATED: June 1, 2023

RIVERA HEWITT PAUL LLP


/s/ Jonathan B. Paul

_____

JONATHAN B. PAUL

Attorneys for Defendants,
COUNTY OF SACRAMENTO,
MARTIN GARCIA, and JORDAN MILLER

1   DATED: June 1, 2023                          LAW OFFICE OF DENNIS R. INGOLS

2
                                                 /s/ Dennis R. Ingols (*as authorized on 6/1/23*)
3
                                                 _____
4                                                DENNIS R. INGOLS, ESQ.
                                                 Attorneys for Plaintiff
5                                                JESUS LOPEZ VAZQUEZ

6
                                        **CERTIFICATION**
7
         The filing attorney attests that he has obtained concurrence regarding this document's
8
   content and authorization to file this document from the indicated signatories to the document.
9

10
   DATED: June 1, 2023                          RIVERA HEWITT PAUL LLP
11

12
                                                 /s/ Jonathan B. Paul
13
                                                 _____
14                                               JONATHAN B. PAUL
                                                 Attorneys for Defendants,
15                                               COUNTY OF SACRAMENTO,
                                                 MARTIN GARCIA, and JORDAN MILLER
16

17

18

19

20

21

22

23

24

25

26

27

28

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS LOPEZ VAZQUEZ,<br><br>        Plaintiff,<br><br>v.<br><br>COUNTY OF HOOD RIVER, CITY OF HOOD RIVER, COUNTY OF SACRAMENTO, CARRIE RASMUSSEN, SAL RIVERA, ERIC FOSTER, RICH MILLER, DOES 1 through 30, inclusive,<br><br>        Defendants. | Case No. 2:22-cv-00385-JAM-AC<br><br>**ORDER APPROVING STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER DEADLINES** |

By stipulation of the parties and good cause appearing, the Court hereby **MODIFIES** the Pretrial Scheduling Order as follows:

| | **New Dates**: |
|---|---|
| **Expert Witness Disclosure** | **December 01, 2023** |
| **Supplemental Disclosure/ Rebuttal Experts** | **January 05, 2024** |
| **Discovery Deadline** | **February 02, 2024** |
| **Dispositive Motion Filing Deadline** | **May 03, 2024** |
| **Dispositive Motion Hearing** | **July 09, 2024, at 1:30 PM** |
| **Joint Mid-Litigation Statement Filing Deadline** | **Fourteen (14) days prior to the close of discovery** |
| **Final Pretrial Conference** | **September 06, 2024, at 10:00 AM** |
| **Jury Trial** | **October 21, 2024, at 09:00 AM** |

**IT IS SO ORDERED.**

Dated: June 01, 2023            /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              SENIOR UNITED STATES DISTRICT JUDGE