1  Jonathan B. Paul (SBN 215884)
   Kristlenne C. Vicuna (SBN 329000)
2  **RIVERA HEWITT PAUL LLP**
   11341 Gold Express Drive, Suite 160
3  Gold River, CA 95670
   T: (916) 922-1200
4  F: (916) 922-1303
   E: jpaul@rhplawyers.com
5  E: kvicuna@rphlawyers.comn

6  Attorneys for Defendants
   COUNTY OF SACRAMENTO,
7  DEPUTY MARTIN GARCIA, and
   DEPUTY JORDAN MILLER
8

9

10

11                    IN THE UNITED STATES DISTRICT COURT

12                   FOR THE EASTERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| JESUS LOPEZ VAZQUEZ,<br><br>       Plaintiff,<br><br>v.<br><br>COUNTY OF HOOD RIVER, CITY OF HOOD RIVER, COUNTY OF SACRAMENTO, CARRIE RASMUSSEN, SAL RIVERA, ERIC FOSTER, RICH MILLER, DOES 1 through 30, inclusive,<br><br>       Defendants. | Case No. 2:22-cv-00385-JAM-AC<br><br>**ORDER ON DEFENDANTS' REQUEST TO SEAL DOCUMENTS PURSUANT TO LOCAL RULE 141** |

    **IT IS HEREBY ORDERED THAT** the Defendants' request to seal is **GRANTED** as follows:

    Exhibits A, D, E, F, G, H, I, J, and K to the Index of Exhibits in Support of Defendants' Motion for Summary Judgment or in the Alternative Partial Summary Adjudication of Issues shall remain **SEALED** unless otherwise ordered.

The documents provided to the court by Defendants and designated in Defendants' Notice of Request to Seal Documents are hereby permitted to be filed under seal by the Clerk of the Court.

Defendants shall file the exhibits under seal within five days of this order.

IT IS SO ORDERED.

Dated: May 06, 2024            /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE