DENNIS R. INGOLS, ESQ., CSB#236458
LAW OFFICE OF DENNIS R. INGOLS
111 North Market Street, Suite #300
San José, California 95113
T: 408-601-0126
dennis@ingolslaw.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS LOPEZ VAZQUEZ,<br><br>      Plaintiff,<br><br> vs.<br><br>COUNTY OF HOOD RIVER, et al.,<br><br>      Defendants. | Case No. 2:22-cv-00385-JAM-AC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**. |

 **IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel:

 Pursuant to Fed. R. Civ. Pro. Rule 6, and the stipulation of the parties, Plaintiff's deadline to file an Opposition to the Defendants' Motion for Summary Judgment is hereby extended to May 31, 2024, and Defendant's deadline to file a Reply is extended to June 10, 2024. The hearing remains as set on July 9, 2024.

1

Dated: May 16, 2024  **LAW OFFICE OF DENNIS R. INGOLS**

    /S/ Dennis R. Ingols
DENNIS R. INGOLS
Attorney for Plaintiff


**RIVERA HEWITT PAUL LLP**

    /s/ KRISTLENNE C VICUNA
KRISTLENNE C. VICUNA
Attorney for Defendants
County of Sacramento, Jordan Miller, and Martin Garcia

## ORDER

PURSUANT TO STIPULATION, the briefing schedule shall be **MODIFIED** as follows:

Plaintiff's Opposition to Defendants' Motion for Summary Judgment shall be filed on or before **May 31, 2024**;

Defendant's Reply to Plaintiff's Opposition shall be filed on or before **June 10, 2024**;

The hearing date **REMAINS** as set, on **July 09, 2024, at 01:00 PM**.

IT IS SO ORDERED.

Dated: May 21, 2024      /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE