| | |
|---|---|
| Dennis R. Ingols, (SBN 236458)<br>LAW OFFICE OF DENNIS R. INGOLS<br>111 North Market Street, Suite #300<br>San José, California 95113<br>T: 408-601-0126<br>E: dennis@ingolslaw.com<br><br>Attorney for Plaintiff<br>JESUS LOPEZ VAZQUEZ | Jonathan B. Paul (SBN 215884)<br>Kristlenne C. Vicuna (SBN 329000)<br>RIVERA HEWITT PAUL LLP<br>11341 Gold Express Drive, Suite 160<br>Gold River, CA 95670<br>T: (916) 922-1200<br>F: (916) 922-1303<br>E: jpaul@rhplawyers.com<br>E: kvicuna@rhplawyers.com<br><br>Attorneys for Defendants<br>COUNTY OF SACRAMENTO,<br>DEPUTY MARTIN GARCIA, and<br>DEPUTY JORDAN MILLER |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS LOPEZ VAZQUEZ,<br><br>   Plaintiff,<br><br>v.<br><br>COUNTY OF HOOD RIVER, CITY OF HOOD RIVER, COUNTY OF SACRAMENTO, CARRIE RASMUSSEN, SAL RIVERA, ERIC FOSTER, RICH MILLER, DOES 1 through 30, inclusive,<br><br>   Defendants. | Case No. 2:22-cv-00385-JAM-AC<br><br>**STIPULATED DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)) AND ORDER** |

The parties—Plaintiff JESUS LOPEZ VAZQUEZ, ("Plaintiff") and Defendants COUNTY OF SACRAMENTO, DEPUTY MARTIN GARCIA, and DEPUTY JORDAN MILLER (collectively, "Defendants")—stipulate to **DISMISS** this entire action, **WITH PREJUDICE**, including all claims and defenses alleged by all parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). In consideration of the agreement and stipulation entered by Plaintiff and Defendants in the United States District Court Eastern District of California action, *Jesus Lopez Vazquez v. County of Hood River, et al.*, Case No. 2:22-cv-00385-JAM-AC, the parties mentioned herein shall bear their own fees and costs.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED: May 31, 2024 | LAW OFFICE OF DENNIS R. INGOLS |
| | |
| | _/s/_ Dennis R. Ingols_____ |
| | DENNIS R. INGOLS |
| | Attorney for Plaintiff |
| | JESUS LOPEZ VAZQUEZ |
| | |
| DATED: May 31, 2024 | RIVERA HEWITT PAUL LLP |
| | |
| | */s/ Kristlenne Vicuña* |
| | (As authorized on 05-31-2024) |
| | _____ |
| | JONATHAN B. PAUL |
| | KRISTLENNE C. VICUNA |
| | Attorneys for Defendants |
| | COUNTY OF SACRAMENTO, |
| | DEPUTY MARTIN GARCIA, and |
| | DEPUTY JORDAN MILLER |

**ATTESTATION OF ELECTRONIC SIGNATURE**

I, Dennis R. Ingols, attest that the other signatory listed hereto, counsel Kristlenne C. Vicuna, and on whose behalf this filing is submitted, concurs in the content of this Stipulation and has authorized the filing thereof with her electronic signature.

| | |
|---|---|
| DATED: May 31, 2024 | LAW OFFICE OF DENNIS R. INGOLS |
| | |
| | _/s/ Dennis R. Ingols_____ |
| | DENNIS R. INGOLS |

## ORDER

IT IS SO ORDERED.

| | |
|---|---|
| Dated: June 11, 2024 | /s/ John A. Mendez |
| | THE HONORABLE JOHN A. MENDEZ |
| | SENIOR UNITED STATES DISTRICT JUDGE |